UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

MARLON WILLIAMS,

                                              Plaintiffs,

-against-

THE CITY OF NEW YORK, DETECTIVE WILLIAM DEAN, shield # 1023, DETECTIVE GERARD SARDINA, shield # 4134, DETECTIVE JEREMY DEMARCO, tax # 930033, DETECTIVE CHERYL WEISS, tax # 937719, DETECTIVE MICHAEL FAHMY, tax # 936561, DETECTIVE JASON JONES, tax # 940314, POLICE OFFICER DARRYL FONTAINE, tax # 937820 SERGEANT KHAMRAJ SINGH, tax # 915183,

                                              Defendants.
------------------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL**

12 CV 5153 (ENV) (RER)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1. The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

RICHARD CARDINALE, ESQ.
*Attorney for plaintiff*

By: _____
Richard Cardinale, Esq.
26 Court Street, Suite 1815
Brooklyn, New York 11242
718.624.9391
richcardinale@gmail.com

Dated: New York, New York
_____, 2013

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
*Attorney for defendants The City of New York, Detective William Dean and Detective Gerard Sardina*

By: _____
Erica M. Haber
*Assistant Corporation Counsel*
Special Federal Litigation Division
New York City Law Department
100 Church Street, Rm. 3-159
New York, New York 10007
212.788.1357

SO ORDERED:

_____
HONORABLE ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE